**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danna Whiting, | No. CV-19-00249-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is parties' Joint Stipulation Re: Briefing Schedule for Plaintiff's Motion for Sanctions. (Doc. 130.) The parties seek to modify the briefing schedule contemplated in the Court's November 4, 2021 Order (Doc. 127). Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Joint Stipulation Re: Briefing Schedule for Plaintiff's Motion for Sanctions. (Doc. 130.)

**IT IS FURTHER ORDERED** Plaintiff shall have up to and including **November 19, 2021** to file her Motion for Sanctions. Defendants' Response to the Motion for Sanctions shall be due by **December 10, 2021**; and Plaintiff's Reply brief shall be due by **December 17, 2021**.

Dated this 10th day of November, 2021.

Honorable John C. Hinderaker
United States District Judge