**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danna Whiting, | No. CV-19-00249-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Exceed Page Limits. (Doc. 139.) Plaintiff did not respond to or otherwise oppose the Motion. Good cause appearing,

**IT IS ORDERED GRANTING** Defendants' Motion to Exceed Page Limits. (Doc. 139.) Defendants have leave to file their Response with an additional seven pages beyond that allowed under LR 7.2.(e).

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to file Defendants' Response in Opposition to Plaintiff's Motion for Sanctions (Doc. 138).

Dated this 22nd day of December, 2021.

Honorable John C. Hinderaker
United States District Judge