**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danna Whiting, | No. CV-19-00249-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Stipulation to Extend Deadlines Related to the Motion for Sanctions (DE 134) and the Motion for Partial Summary Judgment (DE 136) ("Stipulation"). (Doc. 142.) Good cause appearing,

**IT IS ORDERD GRANTING** the parties' Stipulation. (Doc. 142.)

**IT IS FURTHER ORDERED** that Plaintiff's Reply with respect to her Motion for Sanctions (Doc. 134) is extended to **January 7, 2022**.

**IT IS FURTHER ORDERED** the responsive deadlines with respect to Plaintiff's Motion for Partial Summary Judgment RE Mitigation of Damages (Doc. 136) are as follows: (A) Defendants' Response must be filed on or before **Monday, February 28, 2022**; (B) Plaintiff's Reply must be filed on or before **Monday, March 14, 2022**.

Dated this 23rd day of December, 2021.

Honorable John C. Hinderaker
United States District Judge