**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danna Whiting,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　Defendants. | No. CV-19-00249-TUC-JCH<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation to File Exhibit Under Seal pursuant to LRCiv 5.6(c). ("Stipulation") (Doc. 153.) Parties seek to file "Exhibit R" under seal, as it contains confidential information. Specifically, "Exhibit R" is comprised of documents related to an internal investigation of a non-party non-witness former employee at Pima County, the former employee's notice of dismissal, and the dismissed former employee's subsequent appeal. (Doc. 153 at 2.) Good cause appearing,

　　　　**IT IS ORDERED GRANTING** the parties' Stipulation to File Exhibit Under Seal. (Doc. 153.)

　　　　**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to file, under seal, the lodged document at Doc. 155.

　　　　Dated this 9th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　Honorable John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　United States District Judge