1   **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF ARIZONA

9

10   Danna Whiting,                           No. CV-19-00249-TUC-JCH

11                    Plaintiff,              **ORDER**

12   v.

13   County of Pima, et al.,

14                    Defendants.

15

16          Plaintiff Danna Whiting ("Plaintiff") brings this lawsuit alleging violations under

17   the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq.*, Rehabilitation

18   Act of 1973, 29 U.S.C. § 701 *et seq.*, and state law against Defendants Pima County, Pima

19   County Board of Supervisors, Mark Person and Cheri Clinton (collectively "Defendants").

20   (*Second Amended Complaint,* Doc. 27.)

21          Pending before the Court are various motions: (1) Plaintiff's Motion for Sanctions

22   Against Defendants (Doc. 134); (2) Plaintiff's Motion for Partial Summary Judgment Re

23   Mitigation of Damages (Doc. 136); (3) Defendant Pima County's Motion for Summary

24   Judgment (Doc. 150); (4) Defendant Person's and Defendant Clinton's Motion for

25   Summary Judgment (Doc. 151); and (5) Defendants' Motion for Leave of Court to Request

26   Oral Argument (Doc. 156).

27          The Court is setting the matter for oral argument pursuant to LRCiv 7.2(f).

28   …

Accordingly,

      **IT IS ORDERED SETTING ORAL ARGUMENT** on the Motion for Sanctions (Doc. 134) and Motions for Summary Judgment (Doc. 136; Doc. 150; Doc. 151) on **Thursday, May 19, 2022**, at **3:30 p.m.** for one and a half hours (1.5 hours).

      **IT IS FURTHER ORDERED DENYING AS MOOT** Defendants' Motion for Leave of Court to Request Oral Argument (Doc. 156).

      Dated this 8th day of April, 2022.

_____

Honorable John C. Hinderaker
United States District Judge