**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danna Whiting,<br><br>    Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>    Defendants. | No. CV-19-00249-TUC-JCH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend Time for Oral Argument on Motion for Sanctions and Motions for Summary Judgment ("Stipulation") (Doc. 177). Parties seek to reset the oral argument, currently scheduled for May 19, 2022 at 3:30 p.m., for a date and time after June 13, 2022. Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation (Doc. 177).

**IT IS FURTHER ORDERED VACATING** the oral argument currently scheduled for May 19, 2022 at 3:30 p.m.

**IT IS FURTHER ORDERED RESETTING ORAL ARGUMENT** on the Motion for Sanctions (Doc. 134) and Motions for Summary Judgment (Doc. 136; Doc. 150; Doc. 151) on **Thursday, June 16, 2022** at **3:00 p.m.** for two hours (2 hours).

Dated this 12th day of April, 2022.

Honorable John C. Hinderaker
United States District Judge